TOWNSHEND *v.* DULL.

APPEAL from judgment for plaintiff on demurrer to complaint.

FREEDMAN, J.   This is an appeal from a judgment in favor of the plaintiff after decision overruling defendant's demurrer to complaint.   The appellant has not appealed from the order for judgment, and, as the judgment follows the order, the

appeal might be disposed of on that ground. But the judgment is right on the merits for the reasons assigned by the learned judge below.

The judgment should be affirmed, with costs.

GILDERSLEEVE, J., concurs.

Judgment affirmed.